JCT.22614

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| TAMICA WARD, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | Civil Action No. 3:15-CV-003372-L |
| DONALD BRYANT, JOHN | § | |
| CHRISTNER TRUCKING, LLC, and | § | |
| THREE DIAMOND LEASING, LLC, | § | |
|     Defendants. | § | |

## AGREED STIPULATION OF DISMISSAL

**COME NOW, TAMICA WARD** ("Plaintiff") and **DONALD BRYANT, JOHN CHRISTNER TRUCKING, LLC, and THREE DIAMOND LEASING, LLC** ("Defendants") and file this Agreed Stipulation of Dismissal under FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii).

    1.    Plaintiff is Tamica Ward.

    2.    Defendants are Donald Bryant, John Christner Trucking, LLC, and Three Diamond Leasing, LLC.

    3.    On or about September 22, 2015, Plaintiff sued Defendants in Texas State District Court.  Defendants filed a timely answer on October 15, 2015.  Defendants filed a Notice of Removal removing the lawsuit to the United States District Court for the Northern District of Texas, Dallas Division.

    4.    Plaintiff moves to dismiss this lawsuit.  After consideration, Plaintiff has decided not to pursue her claim against Defendants.

    5.    Defendants agree to the dismissal.

6. Plaintiff's attorney and Defendants' attorney have signed this Agreed Stipulation of Dismissal.

7. This case is not a class action.

8. A receiver has not been appointed in this action.

9. This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

10. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

11. The dismissal is with prejudice.

Respectfully submitted,

**FLETCHER, FARLEY**
**SHIPMAN & SALINAS, L.L.P**

*/s/ Fernando P. Arias*
**FERNANDO P. ARIAS**
State Bar No. 24025946
fred.arias@fletcherfarley.com
**LISA M. YERGER**
State Bar No. 24063210
lisa.yerger@fletcherfarley.com
9201 N. Central Expressway, Suite 600
Dallas, Texas  75231
214-987-9600
214-987-9866  fax

**ATTORNEYS FOR DEFENDANTS**

**AGREED AS TO FORM AND ENTRY REQUESTED:**


 */s/ Zachary D. Herbert\**
**ZACHARY D. HERBERT**
State Bar No. 24069908
zherbert@ewlawyers.com
**AMY K. WITHERITE**
State Bar No. 00788698
awitherite@ewlawyers.com
EBERSTEIN & WITHERITE, LLP
Meadow Park Tower
10440 N. Central Expwy., Suite 400
Dallas, Texas  85231
214-378-6665
214-378-6670  fax

**ATTORNEYS FOR PLAINTIFF**
*\* with permission*


## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of December, 2016, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

 */s/ Fernando P. Arias*
**FERNANDO P. ARIAS**