JCT.22614

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TAMICA WARD, § | |
| Plaintiff, § | |
| § | |
| V. § | |
| § | Civil Action No. 3:15-CV-003372-L |
| DONALD BRYANT, JOHN § | |
| CHRISTNER TRUCKING, LLC, and § | |
| THREE DIAMOND LEASING, LLC, § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY came on to be heard the parties' Agreed Stipulation of Dismissal. Finding that the parties have compromised and settled their differences giving rise to this lawsuit, the Court is of the opinion that the dismissal should be granted.

**IT, THEREFORE, IS ORDERED, ADJUDGED, AND DECREED** that this case be and is hereby DISMISSED WITH PREJUDICE. The Court further orders all taxable court costs to be borne by the party incurring same. All relief not expressly granted herein is denied, and it is the intent of the parties and the Court that this be a final dismissal.

**SO ORDERED** on this _____ day of _____, 20___.

_____
**JUDGE PRESIDING**